# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 15, 2020

### NO. 03-18-00533-CV

**GS Texas Ventures, LLC, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on July 16, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.